No. D–2354. IN RE DISBARMENT OF PORRO. Disbarment entered. [For earlier order herein, see 538 U. S. 919.]

No. 02M89. MEDINA v. UNITED STATES. Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 02M104. STANDARD v. UNITED STATES;
No. 02M105. SIMS v. NEW PROVIDENCE ET AL.;
No. 02M107. MYERS v. DEPARTMENT OF AGRICULTURE; and
No. 02M108. BROWN v. HENRY, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02M106. JONES v. CALIFORNIA. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner denied.

No. 02–182. GEORGIA v. ASHCROFT, ATTORNEY GENERAL, ET AL. D. C. D. C. [Probable jurisdiction noted, 537 U. S. 1151.] Motion of appellant to dispense with printing the joint appendix granted.

No. 02–693. LAMIE v. UNITED STATES TRUSTEE. C. A. 4th Cir. [Certiorari granted, 538 U. S. 905.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 02–1774. IN RE RIGGS ET AL. Motion of petitioners to expedite consideration of petition for writ of mandamus and/or prohibition denied.

No. 02–9486. SLAGEL v. RUTH ET AL. App. Ct. Ill., 5th Dist. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [538 U. S. 1028] denied.

No. 02–10324. REGAN v. GOVERNING BOARD OF THE SONORA UNION HIGH SCHOOL DISTRICT ET AL. Ct. App. Cal., 5th App. Dist.; and
No. 02–10638. JASKOT v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until July 18, 2003, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 02–1596. IN RE HEIMBECKER; and